1018

[No. 24623-6-II. Division Two. November 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE EDWARD WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04305-2, Rudolph J. Tollefson, J., entered April 1, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 25536-7-II. Division Two. November 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE R. SLATER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00135-0, William E. Howard, J., entered January 27, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25812-9-II. Division Two. November 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN S. MERCER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01591-8, Bruce W. Cohoe, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 26012-3-II. Division Two. November 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK LOUIS MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00989-6, Kitty-Ann van Doorninck, J., entered May 26, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Hunt, J.